United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3834MN

_____

Francis Dick,                                    *
                                                 *
              Plaintiff-Appellant,               *
                                                 *
       v.                                        *
                                                 *
Minnesota Teamsters Public and Law               *
Enforcement, Local 320; Harold Yates,            *     Appeal from the United States
Its Trustee; International Brotherhood of         *     District Court for the District
Teamsters;                                        *     of Minnesota.
                                                 *
              Defendants-Appellees,              *         [UNPUBLISHED]
                                                 *
Central States Southeast and Southwest           *
Area Pension and Health & Welfare                *
Fund,                                            *
                                                 *
              Defendants.                         *

_____

Submitted:  May 11, 1998
Filed:  May 21, 1998

_____

Before RICHARD S. ARNOLD, JOHN R. GIBSON, and FAGG, Circuit Judges.

_____

PER CURIAM.

       Francis Dick appeals the district court's order dismissing Dick's complaint against his former employer in this employment-related lawsuit.  After de novo review,

we conclude the district court's grant of judgment on the pleadings was proper. We agree with the district court that Dick failed to exhaust his union remedies. We also conclude that Dick's additional arguments on appeal are without merit. We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.